IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No. 3:14-CR-0367-B-6** |
| | ) | |
| Plaintiff, | ) | |
| | ) | Dallas, Texas |
| V. | ) | November 6, 2014 |
| | ) | 2:00 p.m. |
| CESAR ZARATE, | ) | |
| | ) | INITIAL APPEARANCE |
| Defendant. | ) | ARRAIGNMENT |
| | ) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE IRMA CARRILLO RAMIREZ,
UNITED STATES MAGISTRATE JUDGE.

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | P.J. Meitl |
| | UNITED STATES ATTORNEY'S OFFICE |
| | 1100 Commerce Street, Suite 300 |
| | Dallas, TX  75242-1699 |
| | (214) 659-8600 |
| | |
| For the Defendant: | Doyle Raymond Bunch, III |
| | BURLESON PATE & GIBSON LLP |
| | 900 Jackson Street, Suite 330 |
| | Dallas, TX  75202 |
| | (214) 226-6050 |
| | |
| Recorded by: | Marie Castañeda |
| | UNITED STATES DISTRICT COURT |
| | 1100 Commerce Street, Room 1452 |
| | Dallas, TX  75242-1003 |
| | (214) 753-2167 |
| | |
| Transcribed by: | Kathy Rehling |
| | 311 Paradise Cove |
| | Shady Shores, TX  76208 |
| | (972) 786-3063 |

Proceedings recorded by digital sound recording;
transcript produced by transcription service.

```
 1              DALLAS, TEXAS - NOVEMBER 6, 2014 - 2:34 P.M.
 2              THE COURT:  Mr. Zarate, 3:14-CR-367-B.  Mr. Zarate, do
 3   you understand the constitutional rights that I explained at
 4   the beginning of the hearing?
 5              THE DEFENDANT:  Yes, Your Honor.
 6              THE COURT:  Did you get a copy of the indictment
 7   against you?
 8              THE DEFENDANT:  Yes, Your Honor.
 9              THE COURT:  Have you had a chance to read it?
10              THE DEFENDANT:  Yes, Your Honor.
11              THE COURT:  Do you understand what you're being
12   accused of?
13              THE DEFENDANT:  Yes, Your Honor.
14              THE COURT:  Have you hired your own lawyer to
15   represent you?
16              THE DEFENDANT:  No.
17              THE COURT:  Can you afford one?
18              THE DEFENDANT:  No, ma'am.
19              THE COURT:  Do you want me to appoint one?
20              THE DEFENDANT:  Yes, ma'am.
21              THE COURT:  I have here a financial affidavit that I'm
22   holding up.  Can you see the signature here at the bottom?
23              THE DEFENDANT:  Yes, ma'am.
24              THE COURT:  Is this your signature?
25              THE DEFENDANT:  Yes, ma'am.
```

```
 1             THE COURT:  Did you personally fill out the affidavit?
 2             THE DEFENDANT:  Yes.
 3             THE COURT:  Do you understand that you answered the
 4  questions and signed the affidavit under oath?
 5             THE DEFENDANT:  Yes, ma'am.
 6             THE COURT:  Do you understand that that means, if you
 7  answered any questions falsely, that you could later be
 8  prosecuted for perjury or making a false statement?
 9             THE DEFENDANT:  Yes, ma'am.
10             THE COURT:  Based on my review of your affidavit, I do
11  find that you qualify for the appointment of counsel, and I'm
12  wanting Mr. Bunch here today to represent you.  Mr. Bunch,
13  thank you for being here and for accepting the appointment.
14             MR. BUNCH:  Thank you, Judge.
15             THE COURT:  Mr. Zarate, did you get a chance to meet
16  Mr. Bunch?
17             THE DEFENDANT:  Yes, ma'am.
18             THE COURT:  The Government has filed a motion to
19  detain you.  It is also asking that you be kept in custody
20  pending your trial.  So you also have the right to a detention
21  hearing.  I understand that you are currently in state custody;
22  is that right?
23             THE DEFENDANT:  Yes, Your Honor.
24             THE COURT:  I have here a signed waiver of detention
25  hearing that I'm holding up.  Can you see the signature from
```

1 where you're standing?

2     THE DEFENDANT:  Yes, ma'am.  (louder) Yes, ma'am.

3     THE COURT:  Is this your signature?

4     THE DEFENDANT:  Yes.

5     THE COURT:  Did you read the waiver before you signed

6 it?

7     THE DEFENDANT:  Yes, ma'am.

8     THE COURT:  Did you discuss it with Mr. Bunch?

9     THE DEFENDANT:  Yes, ma'am.

10     THE COURT:  Do you understand that by signing a

11 waiver, you're giving up your right to a hearing at this time,

12 but you're reserving your right to ask for one later on if

13 you're able to get a -- if your state charges are concluded

14 while your federal charges are pending?

15     THE DEFENDANT:  Yes, ma'am.

16     THE COURT:  Is that what you would like to do?

17     THE DEFENDANT:  Yes, ma'am.

18     THE COURT:  I find that the waiver, as limited, has

19 been given knowingly and voluntarily, and Mr. Zarate is

20 remanded to the custody of the Marshal pending any further

21 proceedings.

22     Are we ready for the arraignment, Mr. Bunch?

23     MR. BUNCH:  We are, Your Honor.

24     THE COURT:  Mr. Zarate, you have the right to have the

25 indictment against you be read out loud to you at this time,

Case 3:14-cr-00367-B   Document 1015   Filed 07/10/15   Page 5 of 6   PageID 3245

5

1  but you may waive the reading.  What would you like to do?

2         THE DEFENDANT:  Waive.

3         THE COURT:  How do you plead to the charges against
4  you, guilty or not guilty?

5         THE DEFENDANT:  Not guilty.

6         THE COURT:  A not guilty plea is set for you, and your
7  case is going to be tried in front of Judge Boyle.  She'll
8  issue an order that sets the trial date as well as other
9  deadlines, and Mr. Bunch or his office will make sure that
10 you're kept notified of what's happening in your case.  Do you
11 have any questions about anything we've covered here today?

12        THE DEFENDANT:  No, I don't.

13        THE COURT:  Mr. Bunch, anything else the Court should
14 address?

15        MR. BUNCH:  No, Your Honor.

16        THE COURT:  Mr. Meitl?

17        MR. MEITL:  No, Your Honor.

18        THE COURT:  Good luck to you, Mr. Zarate.

19     (Proceedings concluded at 2:37 p.m.)

20                          --oOo--

21                        CERTIFICATE
       I certify that the foregoing is a correct transcript from
22  the digital sound recording of the proceedings in the above-
    entitled matter.
23
       **/s/ Kathy Rehling**                              **07/10/2015**
24
    _____    _____
25  Kathy Rehling, CET**D-444                    Date
    Certified Electronic Court Transcriber

```
                              INDEX
 1
   PROCEEDINGS                                                      2
 2
   WITNESSES
 3
   -none-
 4
   EXHIBITS
 5
   -none-
 6
   RULINGS
 7
   Appointment of Counsel                                           3
 8 Detention Hearing Waived; Defendant Remanded to Custody          4
   Not Guilty Plea Entered                                          5
 9
   END OF PROCEEDINGS                                               5
10
   INDEX                                                            6
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```